# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3027**

**September Term, 2025**

**1:17-cr-00234-7**

**Filed On:** July 22, 2026

In re: Orlando Bell,

       Petitioner

     **BEFORE:**    Millett, Pillard, and Katsas, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing and rehearing en banc, the supplement thereto, and the response to the rehearing petition, it is

     **ORDERED** that

     Connie Wang
     Cooley LLP
     3175 Hanover Street
     Palo Alto, CA 94304

a member of the Bar of this court, be appointed as amicus curiae to present arguments in support of petitioner's position that amicus determines are potentially meritorious, including arguments that the rehearing bar in 28 U.S.C. § 2244(b)(3)(E) does not apply to federal prisoners following the Supreme Court's decision in <u>Bowe v. United States</u>, 607 U.S. 13 (2026).  The court has concluded that it is in the court's interest to appoint amicus.  <u>See</u> <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 26 (2025).  It is

     **FURTHER ORDERED** that

     Alexander Cave
     Covington & Burling LLP
     One CityCenter
     850 Tenth Street, NW
     Washington, DC 20001-4956

a member of the Bar of this court, be appointed as amicus curiae to present potentially meritorious arguments in support of the pre-<u>Bowe</u> circuit consensus that the rehearing bar in § 2244(b)(3)(E) does apply to federal prisoners.  <u>See, e.g.</u>, <u>In re Clark</u>, 837 F.3d 1080, 1082–83 (10th Cir. 2016); <u>see</u> <u>also</u> <u>Bowe</u>, 607 U.S. at 52 (Gorsuch, J.,

dissenting) (collecting cases).  The court has concluded that it is in the court's interest to appoint amicus.  It is

**FURTHER ORDERED** that amicus curiae in support of petitioner file a supplement to the rehearing petition by September 18, 2026, and that amicus curiae in support of the pre-<u>Bowe</u> circuit consensus file a response to the rehearing petition and the supplements thereto by October 19, 2026.  The supplement and response may not exceed 3,900 words each.  Absent an order of the court, a reply to the responses will not be accepted for filing.  It is

**FURTHER ORDERED** that this case be scheduled for oral argument before this panel on December 1, 2026.

The date of oral argument will not change absent further order of the court, and the parties will be informed later of the time of oral argument.

A separate order will be issued regarding the allocation of time for argument.

**<u>Per Curiam</u>**

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk