# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** In re: Orlando Bell

**v.**

**Case No:** 25-3027

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ◉ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Connie L. Wang, court-appointed amicus
curiae in support of petitioner

### Counsel Information

Lead Counsel: Connie L. Wang

Direct Phone: (650) 843-5351 Fax: (____) ________ Email: connie.wang@cooley.com

2nd Counsel: Ephraim A. McDowell

Direct Phone: (202) 842-7800 Fax: (____) ________ Email: emcdowell@cooley.com

3rd Counsel:

Direct Phone: (____) ________ Fax: (____) ________ Email:

Firm Name: Cooley LLP

Firm Address: 3175 Hanover Street, Palo Alto, CA 94304

Firm Phone: (650) 843-5000 Fax: (____) ________ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.