# United States Court of Appeals
# District of Columbia Circuit

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** In re: Orlando Bell

**v.**

**Case No:** 25-3027

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

United States of America

### Counsel Information

Lead Counsel: Eric J. Feigin

Direct Phone: (202) 514-4037 Fax: ( ) - Email: eric.feigin@usdoj.gov

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name:

Firm Address:

Firm Phone: ( ) - Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.