**ORAL ARGUMENT SCHEDULED DECEMBER 1, 2026**

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| IN RE: ORLANDO BELL,<br><br>Petitioner | No. 25-3027 |

**UNOPPOSED MOTION REGARDING ORAL ARGUMENT SCHEDULING**

Pursuant to Federal Rule of Appellate Procedure 34(b) and D.C. Circuit Rule 34(g), the government respectfully requests that the Court schedule oral argument at 2pm or later on the scheduled argument date of December 1, 2026. The undersigned is counsel for the federal government in *Jouppi* v. *Alaska* (S. Ct. 25-246). If the government's divided-argument motion in that case is granted, the undersigned counsel will be at counsel table with arguing counsel at 10am on December 1, 2026, the same day for which this Court has scheduled argument in this case.

This Court's July 22 order setting the date of argument for December 1 states that "[t]he date of oral argument will not change absent further order of the court, and the parties will be informed later

of the time of oral argument." An argument time of 2pm or later on December 1 would enable undersigned counsel to present argument in this case.

Counsel for amici consent to this motion.

Respectfully submitted,

*/s/ Eric J. Feigin*

ERIC J. FEIGIN
*Deputy Solicitor General*
*Office of the Solicitor General,*
*Room 5137*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-2201*
*eric.feigin@usdoj.gov*

Submitted: October 22, 2026.

## CERTIFICATE OF COMPLIANCE

This motion complies with the length requirement of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 162 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/ Eric J. Feigin*
Eric J. Feigin

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Certification on the participants in the case who are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system. On October 22, 2026, I have also caused a copy to be sent by first-class mail to:

Orlando Bell
Fed. Reg. No. 83130-007
FCI—Thompson
P.O. Box 1002
Thomson, IL 61285

*/s/ Eric J. Feigin*
Eric J. Feigin