# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3027** **September Term, 2026**

**1:17-cr-00234-7**

**Filed On: October 27, 2026** **[2200565]**

In re: Orlando Bell,

Petitioner

**BEFORE:** Millett, Pillard, and Katsas, Circuit Judges

**O R D E R**

Upon consideration of of the government's unopposed motion regarding oral argument scheduling, it is

**ORDERED**, on the court's own motion, that the time for the oral argument of this case on Tuesday, December 1, 2026, will begin at 1:00 P.M.

A separate order will be issued regarding the allocation of time for argument.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk